## McEACHIN *v.* SOUTH GEORGIA TRUST COMPANY.

HINES, J.   One of the defendants filed general and special demurrers to the petition as amended.   Various grounds of the special demurrer were well taken, and were not met by certain amendments offered.   The plain-

tiff, declined to amend to meet these meritorious grounds of special demurrer. In these circumstances this court will not reverse the judgment sustaining the special and general demurrers and dismissing the petition. *Blackstone* v. *Railway Co.*, 105 *Ga.* 381 (2) (31 S. E. 90); *Miller* v. *Merchants & Miners Trans. Co.*, 115 *Ga.* 1009 (42 S. E. 385); *Hudgins* v. *Coca-Cola Bottling Co.*, 122 *Ga.* 695 (50 S. E. 794); *Driskal* v. *Mutual Benefit Life Ins. Co.*, 144 *Ga.* 534 (87 S. E. 668).

*Judgment affirmed. All the Justices concur.*

No. 6939. MARCH 14, 1929.

*W. B. Kent,* for plaintiff. *Bennet & Peacock,* for defendant.

*Judgment affirmed. All the Justices concur.*